IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES HULON STEADMAN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11CV00507 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | By: Norman K. Moon |
| JAIL- ABINGDON FACILITY, | ) | United States District Judge |
|     Defendant. | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Strickland's motion to proceed *in forma pauperis* is **GRANTED**, this complaint pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

**ENTER**: This 27th day of October, 2011.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE